## EDGAR EDDINGTON v. STATE.

No. A-5500.   Opinion Filed Feb. 13, 1926.
(243 Pac. 535.)

R. C. Roland, for plaintiff in error.

The Attorney General and Smith C. Matson, Asst. Atty. Gen., for the State.

PER CURIAM. On motion of the Attorney General supported by affidavit, it is made to appear that the plaintiff in error, Edgar (Ed) Eddington, is now a fugitive from justice, and cannot therefore be made to respond to the orders of this court.

The appeal herein is therefore dismissed.

## Ex parte ED EDDINGTON.

No. A-5943.   Opinion Filed Feb. 13, 1926.
(243 Pac. 535.)

John B. Ogden, for petitioner.

The Attorney General and Smith C. Matson, Asst. Atty. Gen., for the State.

PER CURIAM. On motion of the Attorney General, supported by affidavit, it is made to appear that the petitioner is now a fugitive from justice, and cannot therefore be made to respond to the orders of this court.

The application for writ of habeas corpus is therefore dismissed.